```
                                                CLERK'S OFFICE U.S. DIST. COURT
                                                      AT ROANOKE, VA
                                                           FILED

                                                     FEB 12 2008
IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF VIRGINIA       JOHN F. CORCORAN, CLERK
              ROANOKE DIVISION                BY:
                                                    DEPUTY CLERK
```

| | |
|---|---|
| **JONATHAN LEE RICHES,** ) | |
| Plaintiff, ) | Civil Action No. 7:08-cv-00071 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **HOOVER, et al.,** ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Riches' complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g); Riches' request to proceed in forma pauperis is **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 12th day of February, 2008.

_____
United States District Judge